UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

<u>Debra Bissell</u>

Civil Case # 1:22-cv-06944-RLY-TAB

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Debra Bissell, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:22-cv-06944-RLY-TAB.

Dated: August 20, 2025.

                                                                               Respectfully Submitted,

                                                                               <u>/s/ Thomas Wm. Arbon</u>
                                                                               Thomas Wm. Arbon, TX Bar No. 01284275
                                                                               **Ben Martin Law Group, PLLC**
                                                                               3141 Hood Street, Suite 600
                                                                               Dallas, TX 75219
                                                                               Tel.: (214) 761-6614
                                                                               Fax: (214) 744-7590
                                                                               tarbon@bencmartin.com

                                                                               ***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon
